UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FELTON L. MATTHEWS, JR., | Case No.: 3:17-CV-00692-RCJ-CBC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STATE OF NEVADA, *ET AL.*, | |
| Defendant | |

Before the Court is Plaintiff's Request for Formal Order (ECF No. 11). Accordingly,

IT IS HEREBY ORDERED that the Request for Formal Order (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall copy docket entries (ECF Nos. 6, 7, 10 and 12) and place in U.S. mail as follows: Felton L. Matthews, Jr., Prisoner No. 72823, Ely State Prison, P.O. Box 1989, Ely, NV 89301.

IT IS SO ORDERED this 5th day of November, 2018.

_____
ROBERT C. JONES

ORDER - 1